THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, | Case No. C 07-5552-WDB |
| Plaintiff, | NOTICE OF FILING OF SETTLEMENT AGREEMENT |
| v. | |
| GABRIEL and LAI HAR CHIU, | |
| Defendants. _____/ | |

At the Court's request, a copy of the Settlement Agreement which was entered into by the parties to this Action is attached hereto.

Date: April 29, 2008


S/Thomas N. Stewart, III,
Attorney for Plaintiff